UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **2:19-CR-96** |
| vs. | ) | |
| | ) | |
| JOHN HAROLD HYATT, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AMENDING CONDITIONS OF RELEASE**

On December 3, 2020, Defendant appeared before the undersigned for a status conference. At the conference, the Court considered a report from Defendant's Pretrial Services Officer alleging he had violated his Conditions of Release [Doc 138]. Based upon this report and the Court finding that Defendant had in fact violated certain conditions of his release, the Court determined that Defendant's conditions of pretrial release should be **AMENDED**. The following conditions were added, and being under oath, Defendant acknowledged both his understanding of them and agreement to strictly abide by them as well as all original conditions of release:

1. Defendant must report for a mental health evaluation and follow all instructions provide by his healthcare providers during the duration of the evaluation; and

2. Defendant shall have **absolutely no** contact with Co-Defendant Tiffany Cross while on pretrial release.

SO ORDERED:

                                                                     s/ Cynthia Richardson Wyrick
                                                                     United States Magistrate Judge