UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

UNITED STATES OF AMERICA,  )
                           )
          Plaintiff,       )          2:19-CR-96
                           )
     vs.                   )
                           )
JOHN HAROLD HYATT, JR.,    )
                           )
          Defendant.       )

**REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636(b), I conducted a plea hearing in this case on April 20, 2021. At the hearing, Defendant moved to withdraw his not guilty plea to Count One of the Indictment and entered a plea of guilty to that count of the Indictment. He entered his plea with a plea agreement. On the basis of the record made at the hearing, I find Defendant is fully capable and competent to enter an informed plea; the plea is made knowingly and with full understanding of each of the rights waived by Defendant; the plea is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; Defendant understands the nature of the charge and penalties provided by law; and the plea has a sufficient basis in fact.

For these reasons, I **RECOMMEND** Defendant's motion to withdraw his not guilty plea to Count One of the Indictment be granted, his plea of guilty to Count One of the Indictment be accepted, that the Court adjudicate Defendant guilty of the charge set forth in that count of the Indictment, and a decision on whether to accept the plea agreement be deferred until sentencing. At the hearing, the Court revoked Defendant's pretrial release after being advised that the United States opposed continued release pending sentencing and based on Defendant's noncompliance with his conditions of release. I further **RECOMMEND** that Defendant remain in custody until

sentencing in this matter. The Court further notes that the parties have been advised that acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

Respectfully submitted,

s/ Cynthia Richardson Wyrick
United States Magistrate Judge

## NOTICE TO PARTIES

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than **Wednesday, May 5, 2021**. Failure to file objections within this time frame constitutes a waiver of any further right to challenge the plea of guilty in this matter. *See* 28 U.S.C. § 636(b).